**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :    No. 76 WAL 2018

         Respondent            :

                           :    Petition for Allowance of Appeal from

                           :    the Order of the Superior Court

         v.                     :

                           :

ROBERT RAGLIN,              :

                           :

         Petitioner            :

## ORDER

**PER CURIAM**

       **AND NOW**, this 22nd day of June, 2018, the Petition for Allowance of Appeal is **DENIED**.